FILED
CLERK, U.S. DISTRICT COURT

9/14/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: JD DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERY ORLANDO QUINTANILLA,<br><br>      Petitioner,<br><br>vs.<br><br>MARION SPEARMAN,<br><br>      Respondent. | Case No. CV 15-1132-PSG (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition with prejudice.

DATED: September 11, 2015

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

1