JS-6

FILED
CLERK, U.S. DISTRICT COURT

9/14/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JD___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERY ORLANDO QUINTANILLA,<br><br>       Petitioner,<br>vs.<br>MARION SPEARMAN, Warden,<br>       Respondent. | Case No. CV 15-1132- PSG (KES)<br><br>**J U D G M E N T** |

   Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 11, 2015

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

1